**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Angel Guadalupe ROJAS–CHARLES,
Defendant–Appellant.**

No. 09–41115.

United States Court of Appeals,
Fifth Circuit.

Jan. 28, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellant's unopposed motion to vacate the judgment of the district court is GRANTED.

IT IS FURTHER ORDERED that appellant's unopposed motion to remand the case to the district court for reconsideration of the sentence, in light of *USA v. Jeffries,* is GRANTED.

IT IS FURTHER ORDERED that appellant's unopposed motion to expedite the ruling on motion to vacate, etc., is MOOT.

IT IS FURTHER ORDERED that appellant's unopposed motion to issue the mandate forthwith is GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.